

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00693-CR

Badesire **BAHINDWA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5024
The Honorable Mark Luitjen, Judge Presiding

# O R D E R

On December 17, 2018, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and a motion for extension of time to file the *Anders* brief requesting an extension of eleven days. The motion is GRANTED, and the *Anders* brief is deemed timely filed.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court